```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

              MAR 1 2 2014

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>vs.<br><br>FRANCISCO ADAME-OCHOA,<br><br>     Defendant. | Case No.: 2:13-CR-0442-RCJ-VCF<br><br>**CONSENT OF DEFENDANT** |

Defendant, **FRANCISCO ADAME-OCHOA**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED: this _12_ day of _March_, 2014.

APPROVED:

_____
ROBERT C. JONES
United States District Judge